Argued November 30, affirmed November 30, 1972

STATE OF OREGON, *Respondent, v.* BUCKEY
MONROE DENNIS (No. 20618),
*Appellant.*

502 P2d 1390

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

Affirmed from the bench.